E-FILED
Monday, 03 October, 2016  09:58:30 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

VIDEO WRIT

| Case Name: | Case Number: | Beginning Date: | Type of Trial: |
|---|---|---|---|
| Omar v. Pfister, et al. | 16-1021 | 10/18/2016<br>Type of Hearing:<br>9:00 AM | Length of Trial:<br>days |

TO: THE WARDEN OF STATEVILLE CORRECTIONAL CENTER

WE COMMAND that you make the following inmate available at a designated Department of Corrections video conference facility to appear in the above proceeding before the
HONORABLE JAMES E. SHADID, UNITED STATES DISTRICT CHIEF JUDGE, sitting at Peoria Illinois.

PERSONS TO APPEAR BY VIDEO
ORDER OF APPEARANCE

| NAME | ID. NO. | LOCATION | DATE TO APPEAR | TIME OF HEARING |
|---|---|---|---|---|
| Bashir Omar | N61783 | Stateville | 10/18/2016 | 9:00 AM |
| Desiree Kumar | Atty | AG-Springfield | 10/18/2016 | 9:00 AM |
| James E. Shadid | Chief Judge | Courtroom A-Peoria | 10/18/2016 | 9:0 AM |

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF ILLINOIS,
WILL BE RESPONSIBLE FOR ESTABLISHING BRIDGED VIDEO CONFERENCE HEARINGS.

**Dated: 10/3/2016**

**KENNETH A. WELLS, CLERK
UNITED STATES DISTRICT COURT**