IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

BASHIR OMAR, #N-61783, )
)
    Plaintiff, )
)
-vs- ) No. 16-1021-JES
)
RANDY PFISTER, et al., )
)
    Defendants. )

**ANSWER AND AFFIRMATIVE DEFENSES**
**TO PLAINTIFF'S AMENDED COMPLAINT**

NOW COMES Defendant, BRITTANY SARTAIN, by and through her attorney, Lisa Madigan, Attorney General for the State of Illinois, and for her Answer and Affirmative Defenses to Plaintiff's Amended Complaint [Doc. 19], pursuant to Local Rule CDIL-LR 16.3(E)(2), and pursuant to this Court's Merit Review Order [Doc. 16], hereby states as follows:

**ALLEGATIONS ENUMERATED IN THE COURT'S MERIT REVIEW OPINION**[1]

1.    Plaintiff alleges he was viciously attacked by his cell mate, a high-ranking Vice Lord gang member, in January 2014.

**ANSWER: Defendant admits that an altercation took place between Plaintiff and his cellmate on January 20, 2014. Defendant lacks knowledge sufficient to admit or deny the remaining allegations contained in this paragraph.**

2.    Plaintiff alleges that Defendant Garcia, a prison guard at Pontiac Correctional Center ("Pontiac"), and his cell mate had gotten into an argument prior to the attack.

---

[1] Pursuant to Local Rule 16.3(E)(2), Defendants are required to answer the issues stated in the Case Management Order accompanying the process and complaint. As this Court entered a Merit Review Order on August 22, 2016, Defendant responds to the Court's Order rather than the allegations contained in the Plaintiff's Amended Complaint directly.

**ANSWER: Defendant admits that she was a Correctional Officer at Pontiac Correctional Center in January 2014.  Defendant denies the remaining allegations contained in this paragraph.**

3. Following the argument, Plaintiff alleges that his cell mate threatened to harm him if Plaintiff did not physically attack Defendant Garcia.

**ANSWER: Defendant lacks knowledge sufficient to admit or deny the allegations contained in this paragraph.**

4. Plaintiff alleges he initially informed Defendant Garcia of these threats about a week prior to the January 2014 attack, and several times thereafter in the week leading up to the attack. Plaintiff alleges that Defendant Garcia, and several John Doe defendants, ignored his warnings.

**ANSWER: Defendant denies the allegations in this paragraph.**

5. Plaintiff alleges that Defendant Garcia and the John Doe prison guards had actual knowledge of the specific threats of physical harm against him and then failed to take any action. If true, Plaintiff's allegations support a plausible constitutional claim.

**ANSWER: Defendant denies the allegations in this paragraph.  Defendant denies violating Plaintiff's constitutional rights or any of Plaintiff's rights whatsoever.**

6. Therefore, the Court finds that Plaintiff states a claim for failure to protect from harm against Defendant Garcia and Defendant John Doe.

**ANSWER: Defendant denies violating Plaintiff's constitutional rights or any of Plaintiff's rights whatsoever.**

### Relief Requested

Defendant denies Plaintiff is entitled to any relief in this matter.

### Jury Demand

Defendant demands a trial by jury.

### Affirmative Defenses

NOW COMES Defendant, BRITTANY SARTAIN, by and through her attorney, Lisa Madigan, Attorney General for the State of Illinois, and for her Affirmative Defenses, states as follows:

**1. Qualified Immunity**

At all times relevant herein, Defendants acted in good faith in the performance of their official duties and without violating Plaintiff's clearly established statutory or constitutional rights of which a reasonable person would have known. Defendants are therefore protected from suit by the doctrine of qualified immunity.

**2. Sovereign Immunity**

Under the Eleventh Amendment, Plaintiff's complaint for monetary damages against the Defendants in their official capacities is barred by sovereign immunity.

**3. Injunctive Relief**

Plaintiff's request for injunctive relief is in violation of the Prison Litigation Reform Act (18 U.S.C. § 3626(a)(1)(A)) because his requested relief is overly broad.

**3. Exhaustion of Administrative Remedies**

Plaintiff is a prisoner incarcerated within the Illinois Department of Corrections at the time of filing this lawsuit.  Plaintiff has failed to exhaust his administrative remedies regarding his claims for excessive force and deliberate indifference alleged in this lawsuit, his claims are barred

by the Prison Litigation Reform Act. 42 U.S.C. §1997e(a) and *Perez v. Wisconsin Dept. of Corrections*, 182 F.3d 532 (7th Cir. 1999).

      WHEREFORE, Defendant prays that this honorable Court enter judgment in favor of Defendant and against Plaintiff plus costs of suit.

      Respectfully submitted,

      BRITTANY SARTAIN,

          Defendant,

      LISA MADIGAN, Attorney General,
Desiree K. Kumar, #6308471      State of Illinois,
Assistant Attorney General
500 South Second Street          Attorney for Defendant,
Springfield, Illinois 62701
Telephone: (217) 782-2077      BY:  s/ Desiree K. Kumar
Email: dkumar@atg.state.il.us           Desiree K. Kumar
                                                      Assistant Attorney General

**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION**

| | |
|---|---|
| BASHIR OMAR, #N-61783, | ) |
| Plaintiff, | ) ) ) |
| -vs- | ) No. 16-1021-JES ) |
| RANDY PFISTER, et al., | ) ) |
| Defendants. | ) |

**CERTIFICATE OF SERVICE**

I hereby certify that on October 21, 2016, I electronically filed *Defendant's Answer and Affirmative Defenses* with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

None

and I hereby certify that on October 21, 2016, I caused a copy of said document to be mailed by United States Postal Service, in an envelope properly addressed and fully prepaid, to the following non-registered participant:

Bashir Omar, #N-61783
Stateville Correctional Center
Rte. 53, P.O. Box 112
Joliet, IL.  60434

Respectfully submitted,

By: s/ Desiree K. Kumar
Desiree K. Kumar, #6308471
Assistant Attorney General
500 South Second Street
Springfield, IL 62701
Telephone: (217) 782-2077
Facsimile: (217) 782-8767
dkumar@atg.state.il.us