IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

BASHIR OMAR,
  Plaintiff,

- vs -                                  No. 16-1021-JES

RANDY PFISTER, et al.,
  Defendants.

SCANNED AT MENARD and E-mailed
12-13-16  by  DR   3 pages
 date      initials   No.

## MOTION FOR SUPPLEMENTAL DISCLOSURE TO DEFENDANT'S NOTICE OF COMPLIANCE

NOW COMES the Plaintiff, BASHIR OMAR as Pro se and in the above entitled case, moves this Honorable court to order the Defendant, pursuant to Fed. R.C.P. #26 et seq., etc., to supplement the Court's Discovery-schedule's order from the October 18, 2016 conference at Stateville correctional center where the plaintiff requested photos/pictures of the Internal Affairs at Pontiac correctional center ("Pontiac") as well as all grievances and records thereof filed with the Administrative Review Board and Pontiac among other things. In further support thereof, the Plaintiff states as follows:

1. The plaintiff first acknowledge and accepted the Defendant's Notice of COMPLIANCE filed on December 2, 2016 that he received everything indicated the attached correspondence herewith.

-1-

2. However, these are other two matters the Plaintiff need that weren't disclosed but indicated should be supply at the conference:

(a) Photos/Pictures took of the Plaintiff when he was attacked at Pontiac held by Internal Affairs or investigator(s) of Pontiac; and

(b) Any and "all" Emergency Grievance(s) filed at the Pontiac between January of 2014 to August of 2014 regarding the attack as indicated in the complaint as "all" records thereof.

WHEREFORE, the Plaintiff earnestly request this Honorable court to order the Defendant to supply the plaintiff with "all" the matters in paragraph-two(2)(a-b) as soon as practicable (at least two(2) weeks prior to January 27, 2017) as supplement to its order indicated above.

Respectfully Submitted By:

Bashir Amau

Plaintiff's Signature, Pro Se
BASHIR ONUR, ID.#N-61783
Menard Correctional Center
P.O. BOX 1000
Menard, IL 62259



OFFICE OF THE ATTORNEY GENERAL
STATE OF ILLINOIS

Lisa Madigan
ATTORNEY GENERAL

December 2, 2016

Bashir Omar
N61783
Menard Correctional Center
Inmate Mail/Parcels
PO Box 1000
Menard, IL 62259

    Re:    Bashir Omar, #N61783 v. Pfister, et al.
             Case No. 16-1021

Dear Mr. Omar:

    Pursuant to the Scheduling Conference held on October 18, 2016, attached are the following documents responsive to the claims in your case.

- IGRV, bates stamped 000001-000002;
- Grievances, bates stamped 000003-000008;
- Cumulative Counseling Summary, bates stamped 000009-000029;
- Disciplinary reports, bates stamped 000030-000034;
- Incident reports, bates stamped 000035-000036;
- Double Cell Assessment, bates stamped 000037-000038;
- Plaintiff's Double Cell Assessment, bates stamped 000039-000042;
- Medical records, bates stamped 000043-000101.

                                              Sincerely,

                                              Desiree K. Kumar
                                              Assistant Attorney General